UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01283-DOC-KESx          Date: September 1, 2023

Title: JANE DOE V. GREGORY BROWN ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

Before the Court is Plaintiff's renewed application to proceed in forma pauperis ("IFP Application") (Dkt. 15). Having reviewed Plaintiff's request and the underlying complaint, the Court **ORDERS** Plaintiff to show cause why federal jurisdiction exists in this matter and why this action should not be dismissed, and the IFP Application denied, for lack of federal jurisdiction. Plaintiff shall file a brief of no more than 5 pages on or before **September 14, 2023** addressing the Court's jurisdictional concerns.

Additionally, the mail sent to Plaintiff at the address of record was returned by the United States Postal Service on August 21, 2023 (Dkts. 10-14). Pursuant to Central District of California Local Rule 41-6, any party appearing *pro se* must keep the Court and other parties apprised of its correct mailing address. *See* L.R. 41-6. Accordingly, Plaintiff is directed file a notice of change of address with the court and serve it on plaintiff by **September 6, 2023**. Failure to do so may result in dismissal of this action for failure to prosecute. *See* L.R. 41-6 ("If a Court order other mail . . . is returned as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date . . . the Court may dismiss the action . . . for failure to prosecute.")

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: kdu

CIVIL-GEN