JANE DOE
Self Represented
Propia Persona
8306 WILSHIRE BLVD
#2020
LOS ANGELES
CALIFORIA, 90211
424-379-3619
FAIRNESSINCOURTCASES@GMAIL.COM

# UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 23-cv-01283-DOC-KESx |
| Plaintiff, | |
| vs. | **MOTION FOR ORDER RE: Service of Summons** |
| GREGORY BROWN ET AL. , and DOES 1-100 | |
| Defendants. | |

1. Jane Doe moves this court to order allowing me to serve the defendants via substituted service and by posting in the court house as to not delay these proceedings any further.

2. In July 2023 I first filed my complaint with the court via ELECTRONIC SUBMISSION TO THE COURT.  After long delays  MY FEE WAVER WAS GRANTED and I served my complaint and Summons on attorney Gregory Brown and his law firm and staff on October 3, 2023.  It is now Jan 29, 2024 and  defendant has not answered my complaint nor offered any resolution for the damage they caused plaintiff through their theft, willful and wonton negligence, malice, bad faith, conspiracy, fraud and legal malpractice.

3. When Honorable David O. Carter Granted my fee waiver in the instant case the court did not order the marshal to serve the complaint and summons on the defendants. I have been left indigent because of the wrong doing of my former attorneys who thought the best way to represent me was by intentionally destroying the original case in which they were retained to represent me and subsequently embezzle the funds from my attorney client trust account which is a felony.

4.  To save court resources and time I request an order to serve defendants via substituted service via email and posting in the the Ronald Reagan Federal Court.

5. Alternatively I ask the court to Order the marshal to serve the defendants in the instant case.

6. I am a pro se litigant and defendants  have converted my money to their own and can use that money to pay for a process server or accept the electronic service I effectuated months ago but rather they are wasting the courts time and my time with this frivolous motion to Quash my Summons.

7. The defendants are all in receipt of my complaint. The defendants have no intention of filing an answer to my complaint  as they are  guilty of the crimes alleged and filing an answer or defending their actions will require admitting to the felonies they committed.

8.  Additionally Plaintiff can not longer look at Pacer because she can not afford to pay her Pacer bill. She has spoken to Pacer agents and they state she must request a letter signed by the court in the instant case asking PACER to waive her PACER Fees.

   Plaintiff respectfully requests that the court grant her an order that defendants have been already been served her summons and Complaint

more than 90 days ago or that she can serve them via email or that the marshal will serve the defendants.

January 29, 2024

*Jane Doe*
Jane Doe

# PROOF OF SERVICE

I am over the age of 18 and I AM a party to this action. I served Gregory Brown and Brown and Charbonneau VIA THEIR ATTORNIES
On January 29, 2024 I served the foregoing document(s) described as:
MOTION FOR ORDER RE SUBSTITUTED SERVICE

[ ] (By U.S. Mail) I deposited such envelope in the mail at _____, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[X] (By EMAIL) I served a true and correct copy by Email To The DEFENDANTS COUNSELS EMAIL ADDRESSES LISTED ON THEIR CORPORATE WEBSITE
 kjar@kmslegal.com;
gemdee@kmslegal.com
and ffaizai@kmslegal.com

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED: JANUARY 29th, 2024

At LOS ANGELES, CALIFORNIA


_____
*Jane Doe*