| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 26 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JANE DOE,

      Plaintiff - Appellant,

v.

GREGORY BROWN; et al.,

      Defendants - Appellees.

No. 24-7101

D.C. No. 8:23-cv-01283-DOC-KES
Central District of California, Santa Ana

ORDER

Appellant's opening brief filed at Docket Entry No. 5 does not include a certificate of service reflecting that the brief was served on appellees by the due date of December 20, 2024 as required by Fed. R. App. P. 25(d) and Ninth Circuit Rule 25-5(f). Appellant does not need to take any action to correct this as the court has accepted and filed the brief despite the deficiency. The court served appellees with appellant's opening brief on appellant's behalf via ACMS on December 26, 2024.

The remaining briefing schedule is reset as follows: appellees' answering brief is now due on January 31, 2025; appellant's optional reply brief is due within 21 days after service of the answering brief.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT