| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 22 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JANE DOE,

      Plaintiff - Appellant,

v.

GREGORY BROWN; et al.,

      Defendants - Appellees.

No. 24-7101

D.C. No.
8:23-cv-01283-DOC-KES
Central District of California,
Santa Ana

ORDER

Before: BYBEE and MILLER, Circuit Judges.

    The motions (Docket Entry No. 8, 11) for injunctive relief are denied. No motions for reconsideration, clarification, or modification of this denial will be entertained. The court will not consider any further motions for injunctive relief on an emergency basis.

    The existing briefing schedule remains in effect.