JANE DOE
Self Represented
Propia Persona
8306 WILSHIRE BLVD
#2020
LOS ANGELES
CALIFORIA, 90211
424-379-3619
FAIRNESSINCOURTCASES@GMAIL.COM

# UNITED STATES DISTRICT COURT

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>    vs.<br><br><br>  GREGORY BROWN ET AL. , and<br>DOES 1-100<br>          Defendants. | Case No. 23-cv-01283-DOC-KESx<br><br>EX-PARTE<br>**MOTION FOR ORDER RE:PLAINTIFF'S REQUEST TO WAIVE PACER FEES** |

I Jane Doe am over the age of 18 and and a party to this action I declare under penalty of perjury that I have no money to pay costs costs and fees.  On Jan 29 2024 I made official requite to Honourable  David .O. Carter for an order granting me waiver of Pacer fees. JUDGE CARTER never granted it not did he deny it. The 9th circuit COURT granted me a pacer fee waiver. It allows me only to review the Jane Doe case on pacer.

The  cases filed under the name Amber Baptiste on pacer remain unavailable to me. Pacer and the 9th circuit COURT assert that I must petition  the district court  judge for an order waiving all of my pacer fees going back to the date of Maame Frimpong depriving me of my civil rights while acting under the  colour of the law so that I may have fair and equal access to the dockets on pacer. The order must waive backdated fees of $224.60 for to orders I dowloaded from the case before Maame Frimpong and waive the fees going forward ad I have been rendered indigent via the willful and wanton miscount of 28 judges acting under the colour of the law, must fight this legal battle to save my life therefore I need access to download pleadings from pacer.


I have no income, no assets, no home, and no ability to pay for medical treatment, critical surgery, food, basic life necessities, ie. medication, menstrual products, vitamins, transportation or any other expenses. All of the aforementioned facts are due to the lawyers negligence willful and wanton misconduct, fraud , malice and legal malpractice, CONSPIRACY TO OBSTRUCT JUSTICE and my circumstances of being a victim of human trafficking since I was 15 years old I have not yet been emancipated and seek all possible relief from this court so that I can seek safety, shelter, food medical treatment and safety. The lawyers did not do their Jobs as my former lawyers and embezzled all of the funds from my attorney client trust account and never went to trial leaving me with zero recovery for my damages and zero money in my attorney client trust account.

    I am a victim of human trafficking, modern day slavery and sex crime. I had to move into the women's shelter because I can no longer pay for an apartment nor can I work because I am extremely ill do to the damage sustained in the case the lawyers were negligent in representing me in. I am sorry I can not afford to pay the Pacer fees. I do not receive any state benefits nor am I asking for any. I can only eat

food that people share with me from the goodness of their hearts because prior to all of these events I did a lot of volunteer work. Pacer has disabled my account for non payment of fees and has requested that I petition the court for a waiver of PACER fees until such time that I am able to pay them. I petitioned three separate district court judges who failed to grant me an order for the pacer free waiver. I ask that the court kindly grant my PACER fee waiver which is fair and applicable under the laws of California and the United States of America and so I can file motions and serve pleadings and download the courts orders, thereafter at the soonest possible time I can pay back the court for my fees in full. I am an indigent filer because of the legal malpractice in which I am suing for. If I could pay the filing fees I would gladly do so. I ask the court to kindly grant my PACER fee waiver.

JANE DOE PACER ACCOUNT NUMBER #  6669697

DATED: FEBUARY 12, 2024

EXECUTED AT Los Angeles, California

*JANE DOE*
Jane Doe

8306 Wilshire Blvd #2020
Los Angeles, California 90211 424-379-3619
FAIRNESSINCOURTCASES@gmail.com
Propia Persona

JANARY 2024 REQUEST FOR ORDER FROM HON. DAVID. O .CARTER WAIVING PACER FEES

1. Jane Doe moves this court to order allowing me to serve the defendants via substituted service and by posting in the court house as to not delay these proceedings any further.

2. In July 2023 I first filed my complaint with the court via ELECTRONIC SUBMISSION TO THE COURT.  After long delays  MY FEE WAVER WAS GRANTED and I served my complaint and Summons on attorney Gregory Brown and his law firm and staff on October 3, 2023.  It is now Jan 29, 2024 and  defendant has not answered my complaint nor offered any resolution for the damage they caused plaintiff through their theft, willful and wonton negligence, malice, bad faith, conspiracy, fraud and legal malpractice.

3. When Honorable David O. Carter Granted my fee waiver in the instant case the court did not order the marshal to serve the complaint and summons on the defendants. I have been left indigent because of the wrong doing of my former attorneys who thought the best way to represent me was by intentionally destroying the original case in which they were retained to represent me and subsequently embezzle the funds from my attorney client trust account which is a felony.

4.  To save court resources and time I request an order to serve defendants via substituted service via email and posting in the the Ronald Reagan Federal Court.

5. Alternatively I ask the court to Order the marshal to serve the defendants in the instant case.

6. I am a pro se litigant and defendants  have converted my money to their own and can use that money to pay for a process server or accept the electronic service I effectuated months ago but rather they are wasting the courts time and my time with this frivolous motion to Quash my Summons.

7.  The defendants are all in receipt of my complaint. The defendants have no intention of filing an answer to my complaint  as they are  guilty of the crimes alleged and filing an answer or defending their actions will require admitting to the felonies they committed.

8.  Additionally Plaintiff can not longer look at Pacer because she can not afford to pay her Pacer bill. She has spoken to Pacer agents and they state she must request a letter signed by the court in the instant case asking PACER to waive her PACER Fees.

Plaintiff respectfully requests that the court grant her an order that
defendants have been already been served her summons and Complaint
more than 90 days ago or that she can serve them via email or that the
marshal will serve the defendants.

January 29, 2024

Jane Doe

# PROOF OF SERVICE

I am over the age of 18 and I AM a party to this action. I served Gregory Brown and Brown and Charbonneau VIA THEIR ATTORNIES

On January 29, 2024 I served the foregoing document(s) described as:

MOTION FOR ORDER WAIVING PACER FEES

[ ] (By U.S. Mail) I deposited such envelope in the mail at _____, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;


[X ] (By EMAIL) I served a true and correct copy by Email To The DEFENDANTS COUNSELS EMAIL ADDRESSES LISTED ON THEIR CORPORATE WEBSITE

 kjar@kmslegal.com;
gemdee@kmslegal.com
and ffaizai@kmslegal.com

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED: FEBUARY 12th, 2024

At LOS ANGELES, CALIFORNIA


*JANE DOE*

_____

*Jane Doe*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**In Re: Application for Exemption from the Electronic Public Access Fees by Jane Doe, Appellant.**

This matter is before the Court upon the application and request by **Jane Doe,** pro se appellant in case numbers 24-7101 and 24-7169, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that **Jane Doe,** as an indigent pro se litigant, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Accordingly, **Ms. Doe** shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in **this** court, to the extent such use is incurred in the course of **prosecuting her own pending appeals before the Ninth Circuit Court of Appeals during the pendency of those appeals.** The exemption is limited to participation in these appeals. If new or additional appeals are filed in which Ms. Doe seeks to participate, as a litigant or otherwise, she may seek a new or expanded exemption at that time. Additionally, the following limitations apply:

I.      this fee exemption applies only to **Ms. Doe, PACER account number 6669697,** and is valid only for the purposes stated above;

II.     this fee exemption applies only to the electronic case files of **this** court that are available through the PACER system;

III.    by accepting this exemption, **Ms. Doe** agrees not to sell for profit any data obtained as a result of receiving this exemption;

IV.     **Ms. Doe** is prohibited from transferring any data obtained as a result of receiving this exemption;

V.      this exemption is valid **with respect to the above-referenced appeals from November 22, 2024 until issuance of the mandate in those appeals**.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this  3rd day of January, 2025.

*Molly C. Dwyer*

**Clerk of Court**
**Molly C. Dwyer**