JANE DOE
Self Represented
Propia Persona
8306 WILSHIRE BLVD
#2020
LOS ANGELES
CALIFORIA, 90211
424-379-3619
FAIRNESSINCOURTCASES@GMAIL.COM

UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      vs.<br><br>  GREGORY BROWN ET AL. , and<br>DOES 1-100<br>            Defendants. | Case No. 23-cv-01283-DOC-KESx<br><br>**EX-PARTE MOTION FOR ORDER RE:PLAINTIFF'S REQUEST TO WAIVE PACER FEES**<br><br>**February  17th 2025**<br>**Time 4:00 PM**<br>**Dept 10 A** |

- 1 -

## When Judges Become Adversaries of the Law

When judges those entrusted to uphold justice, become adversaries of the law, we stand on the precipice of a catastrophic collapse, not just of our legal system, but of the very fabric of civilization. The judiciary is meant to be the last defense against tyranny, corruption, and oppression. But when it is infiltrated, weaponized, and sold to the highest bidder, it ceases to be a system of justice and instead becomes an instrument of terror.

We are witnessing the rise of a judicial class that no longer serves the people but conspires against them. These judges, bound not by law but by greed, now function as enforcers for the most depraved and corrupt among us, white supremacist billionaire elites, sexual predators, and corporate overlords who see human beings as commodities and justice as a nuisance to be bought off or destroyed. When the courts become marketplaces for bribery and coercion, the consequences are dire and irreversible.

### What We Stand to Lose

1. **The Death of Due Process** , When judges conspire against the vulnerable, the law ceases to be a shield for the innocent and instead becomes a weapon of oppression. The most marginalized women, children, survivors of abuse, political dissidents, will be trampled with impunity, with no recourse or protection.

2. **The End of Human Rights**  A judiciary that serves power rather than justice enables slavery in all its modern forms human trafficking, forced labor, medical coercion, and state-sanctioned violence. When judges silence victims and protect criminals, no one is safe.

3. **A Government Without Legitimacy**  If the courts fall, so does the nation. A corrupt judiciary signals the death of democracy, replacing it with an unaccountable regime that masquerades as lawful governance while operating as a cartel of tyranny.

4. **The Weaponization of Law Against Women**  Women will bear the brunt of judicial corruption. A legal system controlled by predatory elites will

prioritize their protection over women's safety, rolling back decades of progress and plunging us into an era where abuse is not just tolerated, but institutionalized.

5. **The Rise of Totalitarianism** Corrupt judges pave the way for authoritarian rule. With no legal opposition, billionaires, corporations, and political operatives will solidify their control, erasing civil liberties, criminalizing dissent, and ensuring that the system exists only to serve their power.

### A Call to Action

This is not a warning for the distant future, it is happening now. We are losing the very foundation of justice before our eyes. If we do not resist, we will wake up in a world where innocence is a crime, power is the only law, and the courts exist solely to enforce the will of those who believe themselves to be gods.

The people must rise. We must expose judicial corruption, demand accountability, refuse to recognize the legitimacy of rigged courts, and create systems of justice that cannot be bought or controlled. The judiciary must serve the people, not the predators who seek to rule us through deception, terror, and force.

If we do not fight back, we lose everything.

**The Blood Price of Justice> A Judiciary Bought and Complicit in Human Trafficking**

Twenty-eight judges have stained their robes with the blood money of a criminal empire, an empire that operates at the highest echelons of power, silencing its victims, corrupting courts, and reducing justice to a mere commodity to be bought and sold. The woman at the heart of this conspiracy, a survivor of organized human trafficking at the hands of a white supremacist crime syndicate The Hells Angels has been denied not only her rights but her very humanity.

The man who orchestrated her torment, Goguen, a predator who victimized at least 5000 girls and women over 35 years and is masquerading as an elite philanthropist, he carried out atrocities with impunity, knowing the legal system

would protect him, not his victim. His crimes are staggering: he stalked her relentlessly, trapped her in his self- confessed  psychological cage because he "loved" her and subsequently a legal cage, mutilated her body in London, and wielded his wealth to ensure her silence. He promised that if she ever tried to escape, he would send men to follow her everywhere she went. Ten years later, the stalking continues. Ten years later, the courts are still complicit.

The corruption runs so deep that judges have conspired not only to suppress her claims but to destroy her life entirely. A Canadian judge was bribed to illegally freeze the assets of her siblings, individuals wholly unrelated to the litigation, while courts in the United States have been rendered incompetent by a network of elite attorneys whose sole function is to shield a criminal and have new case law created with which to deprive all girls and women who are raped or trafficked of their due process under the guise of seeking relief in the justice system equates extortion of the crime was a sexually deviant act.

Even access to the federal PACER docket, her legal right, has been obstructed to bury the evidence of judicial misconduct.

How does an 80-year-old judge, at the twilight of his career, justify betraying his oath? What does Judge Carter, a man who claims to be a humanitarian, gain from persecuting a victim to protect her traffickers? Is it power? Is it loyalty to the corrupt elite who own the courts? Or is it simply a final act of cowardice in the face of true justice?

This is not merely the denial of due process, it is the weaponization of the judiciary to ensure a woman trafficked and brutalized by the world's elite remains voiceless, destitute, and without medical care for injuries inflicted by her abusers. It is a textbook case of obstruction of justice, racketeering, and human trafficking cover-up under the TVPA and RICO Act, statutes that remain tolled until the last act of conspiracy has run its course. And that conspiracy is ongoing.

The judiciary may be bought, but justice itself is not for sale. The world is watching. And history will not be kind to those who conspired against a woman's rights to protect the monsters who sought to destroy her.

### A Crime Against Memory, a Crime Against Humanity

 Goguen's first of sodomy by dragging his victim was not just an act of physical brutality, it was an assault on her very existence. Weeks after she was released from the ICU, her brain still shrouded in the fog of retrograde amnesia, unable to recognize herself, her name, or anyone she had ever known, he struck. He saw not a human being in need of care, but an opportunity to desecrate, to dominate, to exploit a woman whose shattered mind could not yet comprehend the danger before her.

Knowing full well she had been hospitalized and was suffering with retrograde amnesia, Goguen With Sequoia Capital's expense account as his means and his own depravity as his motive, he transported her across the country for the sole purpose of raping her anally. It was not enough for him to wield power over her, he needed to ensure she had no memory to resist, no identity to reclaim, no past to anchor her to herself. In that moment, she was not just a woman in distress; she was a woman erased, and he took advantage of that erasure to write his crimes onto the blank slate of her stolen consciousness. This s all in evidence subpoenaed from the hospital by his Quinn Emanuel lawyers

This was not lust. This was not desire. This was premeditated predation, an assault on a mind struggling to piece itself back together, a calculated attack on the most fundamental aspects of personhood. He was not content to violate her body; he sought to own the very fabric of her being, to reframe her reality so that even memory itself would belong to him.

This is the crime that the courts now protect. This is the horror that twenty-eight judges have been bribed to bury. This is the unspoken truth behind the judicial corruption that conspires, to this day, to silence her voice. But memory, though fractured, can be reclaimed. And justice, though delayed, can still be won.

I Jane Doe am over the age of 18 and and a party to this action I declare under penalty of perjury that I have no money to pay costs costs and fees.  On Jan 29 2024 I made official requite to Honourable  David .O. Carter for an order granting me waiver of Pacer fees. JUDGE CARTER never granted it not did he deny it.

 The 9th circuit COURT granted me a pacer fee waiver. It allows me only to review the Jane Doe case on pacer.

The  cases filed under the name Amber Baptiste on pacer remain unavailable to me. Pacer and the 9th circuit COURT assert that I must petition  the district court  judge Either Judge David. O. Carter or Maame Frimpong  for an order waiving all of my pacer fees going back to the date of Maame Frimpong depriving me of my civil rights while acting under the  colour of the law so that I may have fair and equal access to the dockets on pacer. The order must waive backdated fees of $224.60 for to orders I dowloaded from the case before Maame Frimpong and waive the fees going forward ad I have been rendered indigent via the willful and wanton miscount of 28 judges acting under the colour of the law, must fight this legal battle to save my life therefore I need access to download pleadings from pacer.
What possible legal reason does Judge Carter have to deprive my legal request to have access to the docket? I have no other means by where to down load documents from my case and my pacer account has been disabled for over 1 year because I can not afford to pay the pacer fees.

I did not request receipt of the 9th circuit exhibits where I am being deprived of due process. I am well aware that the judicial conspiracy against my civil rights, constitutional rights and human rights extends to the 9th circuit.

I have no income, no assets, no home, and no ability to pay for medical treatment, critical surgery, food, basic life necessities, ie. medication, menstrual products, vitamins, transportation or any other expenses. All of the aforementioned facts are due to the lawyers negligence willful and wanton misconduct, fraud , malice and legal malpractice, CONSPIRACY TO OBSTRUCT JUSTICE and my circumstances of being a victim of human trafficking since I was 15 years old I have not yet been emancipated and seek all possible relief from this court so that I can seek safety, shelter, food medical treatment and safety. The lawyers did not do their

Jobs as my former lawyers and embezzled all of the funds from my attorney client trust account and never went to trial leaving me with zero recovery for my damages and zero money in my attorney client trust account.

I am a victim of human trafficking, modern day slavery and sex crime. I had to move into the women's shelter because I can no longer pay for an apartment nor can I work because I am extremely ill do to the damage sustained in the case the lawyers were negligent in representing me in. I am sorry I can not afford to pay the Pacer fees. I do not receive any state benefits nor am I asking for any. I can only eat food that people share with me from the goodness of their hearts because prior to all of these events I did a lot of volunteer work. Pacer has disabled my account for non payment of fees and has requested that I petition the court for a waiver of PACER fees until such time that I am able to pay them. I petitioned three separate district court judges who failed to grant me an order for the pacer free waiver. I ask that the court kindly grant my PACER fee waiver which is fair and applicable under the laws of California and the United States of America and so I can file motions and serve pleadings and download the courts orders, thereafter at the soonest possible time I can pay back the court for my fees in full. I am an indigent filer because of the legal malpractice in which I am suing for. If I could pay the filing fees I would gladly do so. I ask the court to kindly grant my PACER fee waiver.

JANE DOE PACER ACCOUNT NUMBER #  6669697

DATED: FEBUARY 13, 2024

EXECUTED AT Los Angeles, California

*JANE DOE*
Jane Doe

8306 Wilshire Blvd #2020

Los Angeles, California 90211 424-379-3619

FAIRNESSINCOURTCASES@gmail.com

Propia Persona

# **PROOF OF SERVICE**

I am over the age of 18 and I AM a party to this action. I served Gregory Brown and Brown and Charbonneau VIA THEIR ATTORNIES

On January 29, 2024 I served the foregoing document(s) described as:

MOTION FOR ORDER WAIVING PACER FEES

[ ] (By U.S. Mail) I deposited such envelope in the mail at _____, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[X ] (By EMAIL) I served a true and correct copy by Email To The DEFENDANTS COUNSELS EMAIL ADDRESSES LISTED ON THEIR CORPORATE WEBSITE
 kjar@kmslegal.com;
gemdee@kmslegal.com
and ffaizai@kmslegal.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: FEBUARY 13th, 2024

At LOS ANGELES, CALIFORNIA

*JANE DOE*

_____

*Jane Doe*

# EXHIBITS

By **Martin Niemöller**

First they came for the Communists And I did not speak out
Because I was not a Communist Then they came for the Socialists And I did
not speak out

Because I was not a Socialist
Then they came for the trade unionists And I did not speak out
Because I was not a trade unionist Then they came for the Jews
And I did not speak out
Because I was not a Jew
Then they came for me
And there was no one left
To speak out for me.

Martin Niemöller was born the son of a Lutheran pastor in the German Empire on January 14, 1892. At age 21 he started his career in the Imperial German Navy as an officer. During World War I (1914–1918), Niemöller served as an officer on a U-Boat (a submarine). For his role in sinking Allied ships he earned the high honor, the Iron Cross First Class, in 1917.

Niemöller was a fervent nationalist and anti-communist. He was devastated by Germany's defeat in World War I and the collapse of the German Empire. He also strongly opposed the new postwar German government called the Weimar Republic (1918–1933). Unwilling to s the new government, Niemöller

PHOTO
**Pastor Martin Niemöller**

Upgraded Version for modern times under the NEW NAZI REGIME

Written By The Girl Without a Name

**First, They Came in Suits and Ties**

First, they came for the truth-tellers,
Branded them liars, jailed them as threats

- 11 -

I did not speak out,
For I was told silence was safe.

Then they came for the healers,
The ones who mended the broken,
Stripped their clinics, stole their science,
I did not speak out,
For I was not sick yet.

Then they came for the teachers,
Turned knowledge into crime,
Burned books, erased histories,
I did not speak out,
For I thought ignorance was bliss.

Then they came for the workers,
Replaced hands with machines,
Pennies for labor, billions for kings,
I did not speak out,
For I believed their wealth would trickle down.

Then they came for the mothers,
Ripped the choices from their wombs,
Sold their daughters to the highest bidder,
I did not speak out,
For I was not a mother……yet.

Then they came for the dissidents,
The ones who dared to dream,
Vanished them into silence,

Stamped out their screams.
I did not speak out,
For I was afraid.

Then they came for me,
Bound my hands, sealed my fate,
And I called out for someone, anyone
But the streets were empty,
The voices gone,
The world had turned to stone.

And the men who laughed in boardrooms,
Who raised their glasses in war rooms,
Who sat in gold towers counting their spoils,
Had won.

Because we let them.

Because we were silent.

Because we did not speak.

But I speak now.

And you must, too.


First, They Came for Justice

First, they came for the poor,
And you did not speak out,
Because your clients could afford the fees.

- 13 -

Then they came for the whistleblowers,
Silenced them with handcuffs and slander,
Turned their truths into treason,
And you did not speak out,
Because you were safe behind polished desks and bar cards.

Then they came for the victims,
Forced them to sign away their rights,
Sold their silence for blood money,
And you did not speak out,
Because it wasn't your daughter, your sister, your wife.

Then they came for the jury,
Replaced justice with bribes,
Turned the gavel into a weapon,
And you did not speak out,
Because your hands were clean,
Or so you told yourself.

Then they came for the Constitution,
Stripped it for parts,
Twisted the law to serve the powerful,
And you did not speak out,
Because your paycheck was steady,
Your world still intact.

Then they came for the innocent,
Convicted them with falsified evidence,
Condemned them with signatures bought and paid for,
And you did not speak out,

Because you still believed in the system
Or at least, in your place within it.

Then they came for me.
Dragged me before a bribed judge,
Called my survival a crime,
Stamped my sentence in ink dipped in greed.

I cried for justice.
I cried for the truth.
I cried for someone, anyone, to stand up.

But the lawyers looked away.
The judges turned their backs.
The system had been sold.

And there was no one left to speak for me.

So now, I speak for myself.
And I will never stop.

# The Urgent Need for Global Action Against Oligarchic Authoritarianism: A Comparative Analysis of Historical Failures and Present-Day Threats

# Introduction

**Throughout history, several nations have experienced the dismantling of their governmental structures due to the influence of oligarchs and authoritarian leaders. A prominent example is post-Soviet Russia in the 1990s, where a small group of wealthy individuals, known as oligarchs, gained substantial control over the country's political and economic systems. These oligarchs financed President Boris Yeltsin's reelection in 1996, subsequently wielding significant influence over government policies and benefiting from insider knowledge. Similarly, in Ukraine, following its 1991 independence, business oligarchs emerged, exerting considerable influence on the nation's politics and economy. Their connections, particularly with Russia, have been a point of criticism,**

highlighting the challenges of oligarchic dominance in post-Soviet states. In the Philippines, oligarchs and affluent families have maintained control over social wealth and the national economy, significantly influencing government policies. Despite political rhetoric against oligarchy, these powerful entities continue to play a decisive role in the country's governance.

These instances illustrate how concentrated wealth and power can lead to the erosion of democratic institutions and the restructuring of governmental systems to favour a select few. The parallels drawn between these historical examples and current events in the United States underscore concerns about the potential dismantling of democratic norms in favour of oligarchic or authoritarian rule.

# The Historical Pattern of Authoritarian Collapse

**Many countries throughout history have experienced regimes where oligarchs, corrupt leaders, or authoritarian rulers dismantled democratic institutions, centralized power, and sought world domination or absolute control. Below are notable examples:**

## 1. Nazi Germany (1933–1945)

- **What Happened: Adolf Hitler and the Nazi Party dismantled democratic institutions, eliminated opposition, and pursued world domination through militarization and genocide.**

- **Why It Failed:**

    - **Overextended military campaigns (e.g., invasion of the Soviet Union)**

- ○ **Resistance from occupied nations and underground movements**

- ○ **The Allied forces (U.S., U.K., USSR, and others) united against them**

- ○ **Internal economic collapse due to war spending**

## 2. Soviet Union (1922–1991)

**What Happened: Communist leaders (Stalin, Khrushchev, Brezhnev, Gorbachev) established an authoritarian regime with heavy censorship, mass surveillance, and economic centralization controlled by oligarchic elites within the Communist Party.**

**Why It Failed:**

**Economic stagnation and failure of central planning.**

**Corruption and bureaucratic inefficiency.**

**Military overreach (Afghanistan war, arms race with the U.S.).**

**Gorbachev's reforms (glasnost & perestroika) led to loss of control.**

**Collapse of satellite states and internal uprisings.**

## 4. Imperial Japan (1930s–1945)

**What Happened: Militarists took control of the government, suppressed opposition, and pursued imperial expansion across Asia and the Pacific.**

**Why It Failed:**

- **Overestimation of military capabilities (attack on Pearl Harbor led to U.S. retaliation).**
- **Economic strain from prolonged warfare.**
- **Atomic bombings of Hiroshima and Nagasaki.**

- **Surrender to the Allied forces in 1945.**

## 5. Apartheid South Africa (1948–1994)

**What Happened: A white supremacist government controlled by the National Party enforced racial segregation, brutal oppression, and economic exploitation of the Black majority.**

**Why It Failed:**

- **International sanctions and global economic isolation.**
- **Internal resistance (ANC, Nelson Mandela, mass protests).**
- **Economic decline due to loss of trade partners.**
- **Growing opposition from white citizens and business elites.**
- **Transition to democracy under Mandela.**

# 6. Chile under Pinochet (1973–1990)

**What Happened: U.S.-backed coup overthrew socialist President Salvador Allende, and General Augusto Pinochet established a brutal military dictatorship with mass killings and disappearances.**

**Why It Failed:**

- **Widespread human rights abuses led to loss of legitimacy.**
- **Economic inequality despite initial neoliberal success.**
- **International pressure and isolation.**
- **National referendum forced Pinochet out.**

# 7. Argentina under the Military Junta (1976–1983)

**What Happened: A military coup ousted President Isabel Perón, leading to mass**

disappearances, torture, and censorship in the "Dirty War."

**Why It Failed:**

- **Economic mismanagement and hyperinflation.**
- **The disastrous Falklands War against the U.K. in 1982.**
- **Public outrage and loss of military support.**
- **Return to democracy through elections.**

## 8. The Roman Empire (27 BCE–476 CE, Western Empire)

**What Happened: A republic turned into an autocratic empire controlled by emperors who used military force, bribery, and political assassinations to maintain power.**

**Why It Failed:**

- **Corruption, infighting, and weak leadership.**
- **Economic collapse due to overspending and inflation.**
- **Overextension of military forces.**
- **Invasions by barbarian tribes.**
- **Loss of faith in government institutions.**

## 9. Venezuela under Maduro (2013–present)

**What Happened: Nicolás Maduro continued Hugo Chávez's authoritarian socialist rule, leading to political repression, economic collapse, and mass migration.**

**Why It's Failing:**

- **Hyperinflation and food shortages.**

- **Corruption and mismanagement of oil wealth.**
- **International sanctions and isolation.**
- **Mass protests and opposition movements.**

## 10. Russia under Putin (2000–present, ongoing shift to authoritarian rule)

**What's Happening: Vladimir Putin has concentrated power, cracked down on dissent, manipulated elections, and waged war (Crimea annexation, Ukraine invasion).**

**Why It May Fail:**

- **Economic struggles due to Western sanctions.**
- **Military overreach in Ukraine.**
- **Internal opposition and potential elite fractures.**
- **Dependence on oil and gas exports.**

## What These Cases Show

- **Greed and Corruption Lead to Collapse: Oligarchs and dictators loot national wealth while citizens suffer.**
- **War and Overreach Are Fatal Mistakes: Military expansion and world domination attempts drain economies and lead to opposition.**
- **Public Resistance Grows Over Time: Even the most oppressive regimes eventually face internal uprisings.**
- **Global Pressure Matters: Sanctions, embargoes, and international interventions accelerate the downfall of corrupt governments.**

**With figures like Trump and Elon Musk attempting to dismantle democratic institutions, history shows that such power grabs often lead to collapse due to mismanagement, corruption, and public**

resistance. However, waiting for failure isn't an option, active resistance and systemic change are necessary before irreversible damage occurs.


## AFRICAN NATIONS

## 1. Democratic Republic of the Congo (Mobutu Sese Seko, 1965–1997)

**What Happened:**

- **Mobutu seized power in a U.S.-backed coup and ruled for 32 years.**
- **Installed a kleptocracy, looting billions while citizens starved.**
- **Suppressed opposition, controlled media, and used violence to maintain power.**

**Why It Failed:**

- **Economy collapsed due to corruption and mismanagement.**
- **Loss of foreign support after the Cold War ended.**
- **Internal rebellions led by Laurent-Désiré Kabila forced Mobutu into exile.**

## 2. Uganda (Idi Amin, 1971–1979)

**What Happened:**

- **Took power in a military coup, declared himself president for life.**
- **Expelled Asians and foreigners, collapsing the economy.**
- **Killed an estimated 300,000 people, targeting opposition and ethnic groups.**

**Why It Failed:**

- **International pressure and isolation.**
- **Military defeats in Tanzania's invasion of Uganda.**

- **Amin fled into exile in Saudi Arabia.**

# 3. Zimbabwe (Robert Mugabe, 1980–2017)

## What Happened:

- **Initially a liberation hero, Mugabe turned authoritarian.**
- **Land seizures from white farmers led to economic collapse.**
- **Suppressed opposition through violence and rigged elections.**

## Why It Failed:

- **Hyperinflation and food shortages due to economic mismanagement.**
- **Public protests and international sanctions weakened his power.**
- **Military coup forced him out after nearly 40 years in power.**

# 4. Libya (Muammar Gaddafi, 1969–2011)

**What Happened:**

- **Overthrew the monarchy and ruled as a dictator for 42 years.**
- **Amassed vast personal wealth while citizens suffered.**
- **Sponsored terrorism and clashed with the West.**

**Why It Failed:**

- **Arab Spring protests erupted in 2011.**
- **NATO-backed rebels overthrew and killed Gaddafi.**
- **Libya fell into chaos and civil war due to lack of stable governance.**

# 5. Sudan (Omar al-Bashir, 1989–2019)

**What Happened:**

- **Seized power in a coup and imposed an Islamist dictatorship.**

- **Committed genocide in Darfur, killing hundreds of thousands.**
- **Looted state resources while people lived in poverty.**

**Why It Failed:**

- **Massive protests and civil disobedience led to his removal.**
- **The military ousted him to appease the people.**
- **The country remains unstable due to internal conflicts.**

## CARIBBEAN NATIONS

## 6. Haiti (François & Jean-Claude Duvalier, 1957–1986)

## What Happened:

- **The Duvalier family ruled Haiti for nearly 30 years under a brutal dictatorship.**

- **Used the Tonton Macoute death squad to terrorize opponents.**
- **Stole millions in foreign aid while the country remained in poverty.**

**Why It Failed:**

- **Economic crisis and growing opposition.**
- **U.S. withdrew support, forcing Jean-Claude Duvalier into exile.**
- **Haiti remains politically unstable due to corruption and foreign interference.**

# 7. Cuba (Fidel Castro, 1959–2008)

**What Happened:**

- **Overthrew U.S.-backed dictator Batista and established a communist state.**
- **Suppressed political dissent and controlled all aspects of life.**
- **Depended on Soviet support, which collapsed in the 1990s.**

# Why It's Struggling:

- **U.S. embargo and economic mismanagement keep Cuba in crisis.**
- **Protests continue, but repression remains strong.**
- **Leadership transition to Miguel Díaz-Canel has not improved conditions.**

## LATIN AMERICAN NATIONS

# 8. Brazil (Military Dictatorship, 1964–1985)

## What Happened:

- **A U.S.-backed coup overthrew the leftist president João Goulart.**
- **Military leaders ruled with censorship, torture, and killings.**
- **Focused on economic growth but at the cost of human rights abuses.**

## Why It Failed:

- **Economic decline and growing public protests.**
- **Loss of international legitimacy.**
- **Transition to democracy after mass protests and internal opposition.**

# 9. Argentina (Military Junta, 1976–1983)

**What Happened:**

- **Military overthrew the government and ruled with brutal repression.**
- **"Dirty War" led to 30,000 disappearances and mass killings.**
- **Suppressed trade unions and opposition.**

**Why It Failed:**

- **Economic collapse and hyperinflation.**
- **The disastrous Falklands War with Britain.**
- **Public outrage led to a return to democracy.**

# 10. Chile (Pinochet Regime, 1973–1990)

## What Happened:

- **U.S.-backed coup led by General Pinochet overthrew elected president Salvador Allende.**
- **Thousands of political opponents were killed or disappeared.**
- **Neoliberal economic policies benefited the elite but increased inequality.**

## Why It Failed:

- **Public resistance and international pressure.**
- **A national referendum voted Pinochet out.**
- **Transition to democracy, though Pinochet remained influential.**

## WHAT THESE REGIMES TEACH US

# 1. Corruption and Greed Lead to Collapse

When elites loot national wealth, economic ruin follows.

# 2. Overreaching Power Grabs Backfire

From Hitler to Mugabe, leaders who take absolute control eventually face opposition.

# 3. Public Resistance Can Topple Dictators

Mass movements Zimbabwe, Chile, Sudan have forced corrupt rulers out.

# The Rise of Oligarchy in America: Trump, Musk, and the Billionaire Wanker  Class

Today, the United States is experiencing a dangerous shift toward oligarchic authoritarianism, spearheaded by figures like Donald Trump, Elon Musk, and their billionaire allies. These individuals seek

to dismantle democratic institutions, consolidate economic power, and suppress opposition, mirroring the patterns seen in historical regimes. With figures like Musk attempting to control digital infrastructure, media, and artificial intelligence, and Trump positioning himself for another authoritarian rule, the country is at a critical juncture.

**The Dangers of Corrupt Judges and Quinn Emanuel's Role in the Oligarchic Takeover**

One of the most alarming aspects of this modern oligarchic scheme is the role of the judiciary, particularly corrupt judges who have been instrumentalized to serve the interests of corporate elites. Legal systems historically serve as a check on authoritarianism, but when judicial institutions become compromised, they

instead enable and legitimize oligarchic control.

**Quinn Emanuel's Influence:**

- **Quinn Emanuel, widely regarded as one of the most corrupt law firms in the world, plays a central role in this scheme. The firm is deeply entrenched in Trump's and Musk's legal battles, ensuring that they maintain control over government policy and corporate dominance without facing real legal consequences.**

- **Their omnipotent judge bribery scheme guarantees favorable rulings for their billionaire clients, effectively shielding them from accountability while silencing opposition.**

- **By placing compromised judges in key positions, they have successfully manipulated court rulings to benefit**

corporations over citizens, eroding judicial impartiality.

## The Consequences of Judicial Corruption:

- **Erosion of Rule of Law: When the judiciary is controlled by oligarchic interests, laws cease to be applied fairly, resulting in an unchecked consolidation of power.**

- **Suppression of Dissent: Activists, journalists, and political opponents face legal persecution, preventing them from challenging corruption.**

- **Corporate and Governmental Merger: The distinction between government and corporate power dissolves, effectively placing decision-making authority in the hands of an unelected, elite few.**

## What Can Be Done: A Call to Action

**If history has shown us anything, it is that unchecked authoritarianism and oligarchy will inevitably collapse, but at great cost. Waiting for these regimes to self-destruct is not an option. Active resistance, legal reform, and systemic change must be pursued now. The steps that must be taken include:**

1. **Judicial Accountability: Independent investigations into judicial corruption and the dismantling of law firms like Quinn Emanuel that serve as enablers of oligarchic control.**

2. **Economic Regulation: Breaking up monopolies, particularly those controlling digital infrastructure, media, and artificial intelligence, to prevent corporate elites from overriding democratic governance.**

3. **Electoral Protections:** Strengthening election integrity, preventing billionaires from funding political campaigns that serve their interests over those of the people.

4. **Public Mobilization:** Mass movements, protests, and legal challenges against corruption and judicial compromise.

5. **International Sanctions:** Holding oligarchic actors accountable through international legal mechanisms to prevent them from weaponizing global markets against democratic institutions.

## Conclusion

History has repeatedly demonstrated that regimes built on corruption, authoritarianism, and oligarchic control will eventually collapse under the weight

of their own greed and mismanagement.
However, failure to act now risks
irreversible damage to democracy, civil
liberties, and the rule of law. The
infiltration of the judiciary by corrupt
actors like Quinn Emanuel, in service of
Trump, Musk, and their billionaire allies,
represents one of the greatest threats to
democratic institutions in modern history.
The time for action is now, before the
United States, and the world, succumbs
to the fate of past failed regimes.

Einstein offered a cogent summary of the
socialist alternative he envisioned:

I am convinced there is only one way to
eliminate these grave evils, namely
through the establishment of a socialist
economy, accompanied by an educational
system which would be oriented toward

social goals.  In such an economy, the means of production are owned by society itself and are utilized in a planned fashion.  A planned economy, which adjusts production to the needs of the community, would distribute the work to be done among all those able to work and would guarantee a livelihood to every man, woman, and child.  The education of the individual, in addition to promoting his own innate abilities, would attempt to develop in him a sense of responsibility for his fellow men in place of the glorification of power and success in our present society.[43]



Albert Einstein

**War as a Business Model: The Economics of Mass Destruction**

**War is not just a geopolitical strategy; it is a highly profitable business model. The United States, as the world's largest arms dealer, has built an economy where weapons of mass**

destruction, tanks, and firearms generate immense wealth for defense contractors, private military corporations, and political elites. The military-industrial complex thrives on perpetual conflict, ensuring that war remains a constant rather than a last resort.

From Iraq to Afghanistan, from Ukraine to Gaza, the cycle repeats, governments manufacture justifications for war, funnel taxpayer dollars into military spending, and reap the financial rewards. Companies like Lockheed Martin, Raytheon, and Northrop Grumman see their stock prices surge with every new conflict, while lobbyists ensure that political leaders prioritize defense contracts over social welfare.

This business model thrives on instability. Peace is unprofitable; diplomacy is discouraged. The very corporations that manufacture the weapons are often the same ones funding think tanks that push for military intervention. The result? A system where human lives become expendable assets in the pursuit of profit, and war is no longer fought for security but for economic dominance.

Breaking this cycle requires a radical restructuring of global priorities one that values diplomacy over destruction and human welfare over corporate greed. Until then, war will remain America's most lucrative enterprise.

## Feminist Resistance: A Call to Action Against the Rising Authoritarian Regime

As feminists, we must recognize that the growing authoritarian regime in America is not just a political crisis, it is a war against autonomy, equality, and the very future of humanity. This regime, built on corporate greed, judicial corruption, and militarized oppression, seeks to strip women and marginalized communities of their rights while consolidating power into the hands of an elite few. It is a modern-day fascist movement, and history has shown us that silence and complacency are not options.

To counteract this debased system, feminists must take bold and collective action:

1. **Build Economic Independence  Financial autonomy is resistance. Divest from exploitative institutions, support women-owned businesses, and create community-based economies that are not dependent on corporate or government control.**

2. **Resist Legal Oppression  The judicial system has been weaponized against us. We must educate ourselves on legal self-defense, support feminist lawyers and whistleblowers, and create underground networks for protection and justice.**

3. **Control the Narrative  Media and education are tools of either liberation or oppression. We must take control of our stories, amplify feminist voices, create platforms, and expose the propaganda that fuels this regime.**

4. **Leverage Global Solidarity  Authoritarianism is not confined to America. We must forge alliances with feminist movements worldwide, learn from their resistance strategies, and build an international front against fascism.**

5. **Weaponize Knowledge and Spiritual Power**
   This battle is both material and spiritual.
   Women must reclaim wisdom, cultivate their
   inner power, and resist the regime's
   psychological warfare. Knowledge of history,
   law, and revolutionary tactics will fortify our
   movement.

6. **Disrupt the System** Direct action is
   necessary. Organize strikes, boycotts, and
   large-scale resistance campaigns. Target the
   economic engines that fuel oppression and
   force systemic change through mass
   disruption.

7. **Defend Our Bodies and Spaces** Autonomy
   over our bodies is non-negotiable. We must
   resist medical coercion, protect reproductive
   rights, and create safe spaces for women to
   exist without state or corporate interference.

This is not just about surviving the regime, it is
about dismantling it and forging a future where
women are truly free. The time for passive
activism is over. Now is the time for strategic,

fearless, and uncompromising resistance. The future of humanity depends on it.

Women Hear My Voice and Stand up together for the sake of humanity.

Forget about Diane the moron Doolittle (karma, time and the LAW with take care of her evil character) every woman Trump is appointing to any position of power is as wretched, debased, idiotic, racist, vile, corrupt and deleterious  as that Ninnie Diane Moira Doolittle is.

You have a very small window of time NOW TO TAKE ACTION



Soviet propaganda poster, 1933: Marx and Engels are included with Lenin and Stalin as icons of the Soviet state, although the former would likely have condemned Stalin's oppression.  Note at bottom the transition from turmoil to happiness under Stalin.  [Gustavs Klucis, public domain]



Bandung Conference leaders Jawaharlal Nehru of India, Kwame Nkrumah of Ghana, Gamal Abdel Nasser of Egypt, Sukarno of Indonesia, and Josip Broz Tito of Yugoslavia, 1955



The Berlin Airlift: A C-54 cargo plane arrives with

goods for West Berliners





**Venezuela after failed dictator regime, almost all live in poverty, formerly one of the wealthiest most beautiful nations on earth.**

1
2
3
4
5
6
7
8
9
10
11
12



Publication of the photographs led to Mr Bloom's exile

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Vermont contingent in the massive demonstration for a nuclear
weapons freeze, New York City, June 12, 1982 [outrider.org]



Dictators Antonio De Oliveira Salazar of
Portugal (left) and Francisco Franco of
Spain (right) gained U.S. support



"Castle Bravo," the 15 megaton nuclear explosion in the Bikini Atoll on March 1, 1954, was 1,000 times as powerful as the Hiroshima bomb





**Slaughtered Jewish children**



Men in Jewish Concentration camps starved and forced to work until murdered





**Japanese internment camps in America**



Toy war . . . psychological damage threatens to turn Sarajevo's young into a lost generation, nurturing a legacy of hatred that may condemn them to repeat battles that scarred their childhood

**Every child in Sarajevo is a ballistics expert. IAN TRAYNOR reports on the trauma of growing up in wartime. Photographs by SEAN SMITH**

# At play in siege city



ON A debris-strewn street in the centre of the city, Jasmina is running and skipping with several friends. An explosion echoes off the blocks of flats. It is uncomfortably close. Jasmina does not flinch, merely shrugs. "That's an anti-aircraft rocket."

Jasmina is a blonde, blue-eyed Muslim and 10 years old. Like the thousands of children of the Sarajevo siege, she is a ballistics expert, able to distinguish the impact of a mortar from that of a tank shell, the rattle of anti-aircraft fire from that of a Kalashnikov.

The ubiquitous crack and thud of Serbian ordnance hitting the vicinity cannot persuade her to abandon the game of hide-and-seek that she and her five pals are playing.

a daily routine. The friend's little boy snapped and ran out of the basement, crying: "I'm going into the snipers. I can't stay here anymore. I don't care."

Jasmina is joined by Davor, also 10, who quite likes it here and has made friends with the kids on the street. But he would rather be on the other side of town where he used to live until forced to move by the war.

"We left our flat on May 13. The Serbs came and pushed us out. Men came to our building and took my dad and all the men away. I would like to go back because I left all my toys there. My bike is there. And I miss my friends."

The date seems burned into the child's memory. Otherwise he shows no obvious signs of disturbance or psychological damage from living through 11 months of siege.

attacked each other is impossible to understand and they lose faith in the grown-up world."

Stuvland is working with Unicef, the UN children's charity, which has just conducted a survey of 75 refugee children in Sarajevo.

It found that four out of five believed they had been in a situation where they would be killed. Half of the children had witnessed someone being killed, 57 per cent believed massacres had occurred in their home towns or villages, three out of four had been forced to abandon their homes and half thought someone else was now sleeping in their bed.

Pre-verbal infants try to articulate their traumas as soon as they start to speak. "I saw a two-year-old in Croatia whose hands were soaking with sweat," the Norwegian says. "His sister said he is always like that. She started talking and said Vukovar. The two-year-old spreadeagled and panicked."

Other children he has treated from Vukovar, the Croatian Danube town which the Serbs besieged and levelled over three months, dive for cover at the sound of a tram coming as the noise reminds them of an approaching shell.

For specialists like Stuvland, who has spent long years counselling Holocaust victims in Norway, the scale of the children's tragedy in Sarajevo and in former Yugoslavia is overwhelming, with tens of thousands badly affected.

In the very worst cases, he says, the horrors experienced are imprinted perhaps indelibly

ally draining to listen to disturbing children's stories.

"Lots of the children have their own coping mechanisms, but their parents often inhibit them from expressing themselves," says Manuel Fontaine, the head of the Unicef office in the city.

What the children need, experts and parents agree, is a daily structure and a routine that the war has torn apart. For a minority of the city's young, efforts are being made to restore some kind of fitful framework with improvised schools springing up in homes and basements on the city's housing estates.

AFTER almost a year of missed schooling, handfuls of children are attending impromptu classes set up by teachers in their flats. Several mornings a week, small groups of children, from infants to teenagers, sit huddled in their gloves, hats, and anoraks in unheated shelters or apartments all over Sarajevo.

"I give the kids homework every day just to keep them busy," says Marija Plecko, a maths teacher who now instructs four different classes in her living room every day on the fourth floor of a tower block.

"We waited for the city to organise something, but nothing happened, and anyway the parents are too frightened to let their children go to school. That we've got to do something to keep the children off the street. It's so dangerous. I only take kids from this block so they don't need to come far."

ESTROGEN ARMY RESIST ! WE ALL STAND TO BE DISENFRANCHISED

WOMEN'S rights

TRUMP OUT RIGHT SAYS HE(ELON) WENT TO PENNSYLVANIA, AND HE KNOWS THOSE COMPUTERS, AND THAT'S HOW WE WON PENNSYLVANIA. TAMPERING WITH THE VOTING COMPUTERS RE: MIN 29 OF TRUMPS RALLY SPEECH

rights

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01283-DOC-KES                    Date:  February 12, 2025

Title: JANE DOE V. GREGORY BROWN ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| :---: | :---: |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| :---: | :---: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO WAIVE PACER FEES [82]**

Before the Court is Plaintiff Jane Doe's Motion for Order Re: Plaintiff's Request to Waive Pacer Fees ("Motion") (Dkt. 82) filed on February 12, 2025.

On April 18, 2024, the Court granted Defendant's Motion to Dismiss which resulted in the dismissal of the entire Complaint with prejudice (Dkt. 41). Plaintiff has since that date filed numerous motions and *ex parte* applications that have all been denied by the Court. Plaintiff then appealed to the Ninth Circuit.

Plaintiff's present Motion requests that the Court waive her overdue and future Pacer fees. The Court DENIES this request. The Court previously granted Plaintiff's IFP request.

Plaintiff also requests that the Court order the United States Marshals to serve Defendants. Because the case before this Court has been dismissed and closed, the Court finds this request moot. To the extent that Plaintiff is referring to service on Defendants for her appeal, Plaintiff must make her requests in the appellate court. The Court attaches

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-01283-DOC-KES                           Date: February 12, 2025

                                                                              Page 2

to this Order the two most recent Orders from the Ninth Circuit for Plaintiff's
convenience.

      The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                              Initials of Deputy Clerk:
                                                                         kdu
CIVIL-GEN

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, | No. 24-7101 |
| Plaintiff - Appellant, | D.C. No. 8:23-cv-01283-DOC-KES |
| v. | Central District of California, Santa Ana |
| GREGORY BROWN; et al., | ORDER |
| Defendants - Appellees. | |

Before: BYBEE and MILLER, Circuit Judges.

The motions (Docket Entry No. 8, 11) for injunctive relief are denied. No motions for reconsideration, clarification, or modification of this denial will be entertained. The court will not consider any further motions for injunctive relief on an emergency basis.

The existing briefing schedule remains in effect.

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

DEC 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE DOE, | No. 24-7101 |
| Plaintiff - Appellant, | D.C. No. 8:23-cv-01283-DOC-KES Central District of California, Santa Ana |
| v. | |
| GREGORY BROWN; et al., | ORDER |
| Defendants - Appellees. | |

Appellant's opening brief filed at Docket Entry No. 5 does not include a certificate of service reflecting that the brief was served on appellees by the due date of December 20, 2024 as required by Fed. R. App. P. 25(d) and Ninth Circuit Rule 25-5(f). Appellant does not need to take any action to correct this as the court has accepted and filed the brief despite the deficiency. The court served appellees with appellant's opening brief on appellant's behalf via ACMS on December 26, 2024.

The remaining briefing schedule is reset as follows: appellees' answering brief is now due on January 31, 2025; appellant's optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

JANE DOE
Self Represented
Propia Persona
8306 WILSHIRE BLVD
#2020
LOS ANGELES
CALIFARIA, 90211
424-379-3619
FAIRNESSINCOURTCASES@GMAIL.COM

# United States District Court

## FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

JANE DOE,

           Plaintiff,

    vs.

  GREGORY BROWN ET AL. , and
DOES 1-100

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-cv-01283-DOC-KESx

EX-PARTE

**MOTION FOR ORDER
RE:PLAINTIFF'S REQUEST TO
WAIVE PACER FEES**

I Jane Doe am over the age of 18 and and a party to this action I declare under penalty of perjury that I have no money to pay costs costs and fees.  On Jan 29 2024 I made official requite to Honourable  David .O. Carter for an order granting me waiver of Pacer fees. JUDGE CARTER never granted it not did he deny it. The 9th circuit COURT granted me a pacer fee waiver. It allows me only to review the Jane Doe case on pacer.

The  cases filed under the name Amber Baptiste on pacer remain unavailable to me. Pacer and the 9th circuit COURT assert that I must petition  the district court  judge for an order waiving all of my pacer fees going back to the date of Maame Frimpong depriving me of my civil rights while acting under the  colour of the law so that I may have fair and equal access to the dockets on pacer. The order must waive backdated fees of $224.60 for to orders I dowloaded from the case before Maame Frimpong and waive the fees going forward ad I have been rendered indigent via the willful and wanton miscount of 28 judges acting under the colour of the law, must fight this legal battle to save my life therefore I need access to download pleadings from pacer.

I have no income, no assets, no home, and no ability to pay for medical treatment, critical surgery, food, basic life necessities, ie. medication, menstrual products, vitamins, transportation or any other expenses. All of the aforementioned facts are due to the lawyers negligence willful and wanton misconduct, fraud , malice and legal malpractice, CONSPIRACY TO OBSTRUCT JUSTICE and my circumstances of being a victim of human trafficking since I was 15 years old I have not yet been emancipated and seek all possible relief from this court so that I can seek safety, shelter, food medical treatment and safety. The lawyers did not do their Jobs as my former lawyers and embezzled all of the funds from my attorney client trust account and never went to trial leaving me with zero recovery for my damages and zero money in my attorney client trust account.

  I am a victim of human trafficking, modern day slavery and sex crime. I had to move into the women's shelter because I can no longer pay for an apartment nor can I work because I am extremely ill do to the damage sustained in the case the lawyers were negligent in representing me in. I am sorry I can not afford to pay the Pacer fees. I do not receive any state benefits nor am I asking for any. I can only eat

food that people share with me from the goodness of their hearts because prior to all of these events I did a lot of volunteer work. Pacer has disabled my account for non payment of fees and has requested that I petition the court for a waiver of PACER fees until such time that I am able to pay them. I petitioned three separate district court judges who failed to grant me an order for the pacer free waiver. I ask that the court kindly grant my PACER fee waiver which is fair and applicable under the laws of California and the United States of America and so I can file motions and serve pleadings and download the courts orders, thereafter at the soonest possible time I can pay back the court for my fees in full. I am an indigent filer because of the legal malpractice in which I am suing for. If I could pay the filing fees I would gladly do so. I ask the court to kindly grant my PACER fee waiver.

JANE DOE PACER ACCOUNT NUMBER #  6669697

DATED: FEBUARY 12, 2024

EXECUTED AT Los Angeles, California

*JANE DOE*
Jane Doe

8306 Wilshire Blvd #2020
Los Angeles, California 90211 424-379-3619
FAIRNESSINCOURTCASES@gmail.com
Propia Persona

JANARY 2024 REQUEST FOR ORDER FROM HON. DAVID. O .CARTER WAIVING PACER FEES

1. Jane Doe moves this court to order allowing me to serve the defendants via substituted service and by posting in the court house as to not delay these proceedings any further.

2. In July 2023 I first filed my complaint with the court via ELECTRONIC SUBMISSION TO THE COURT. After long delays MY FEE WAVER WAS GRANTED and I served my complaint and Summons on attorney Gregory Brown and his law firm and staff on October 3, 2023. It is now Jan 29, 2024 and defendant has not answered my complaint nor offered any resolution for the damage they caused plaintiff through their theft, willful and wonton negligence, malice, bad faith, conspiracy, fraud and legal malpractice.

3. When Honorable David O. Carter Granted my fee waiver in the instant case the court did not order the marshal to serve the complaint and summons on the defendants. I have been left indigent because of the wrong doing of my former attorneys who thought the best way to represent me was by intentionally destroying the original case in which they were retained to represent me and subsequently embezzle the funds from my attorney client trust account which is a felony.

4. To save court resources and time I request an order to serve defendants via substituted service via email and posting in the the Ronald Reagan Federal Court.

5. Alternatively I ask the court to Order the marshal to serve the defendants in the instant case.

6. I am a pro se litigant and defendants have converted my money to their own and can use that money to pay for a process server or accept the electronic service I effectuated months ago but rather they are wasting the courts time and my time with this frivolous motion to Quash my Summons.

7. The defendants are all in receipt of my complaint. The defendants have no intention of filing an answer to my complaint as they are guilty of the crimes alleged and filing an answer or defending their actions will require admitting to the felonies they committed.

8. Additionally Plaintiff can not longer look at Pacer because she can not afford to pay her Pacer bill. She has spoken to Pacer agents and they state she must request a letter signed by the court in the instant case asking PACER to waive her PACER Fees.

   Plaintiff respectfully requests that the court grant her an order that defendants have been already been served her summons and Complaint more than 90 days ago or that she can serve them via email or that the marshal will serve the defendants.

January 29, 2024

Jane Doe

# PROOF OF SERVICE

I am over the age of 18 and I AM a party to this action. I served Gregory Brown and Brown and Charbonneau VIA THEIR ATTORNIES

On January 29, 2024 I served the foregoing document(s) described as:

MOTION FOR ORDER WAIVING PACER FEES

[ ] (By U.S. Mail) I deposited such envelope in the mail at _____, California with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at _____, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[X] (By EMAIL) I served a true and correct copy by Email To The DEFENDANTS COUNSELS EMAIL ADDRESSES LISTED ON THEIR CORPORATE WEBSITE
 kjar@kmslegal.com;
gemdee@kmslegal.com
and ffaizai@kmslegal.com

 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: FEBUARY 12th, 2024

At LOS ANGELES, CALIFORNIA

*JANE DOE*

_____

*Jane Doe*

- 6 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**In Re: Application for Exemption from the Electronic Public Access Fees by Jane Doe, Appellant.**

This matter is before the Court upon the application and request by **Jane Doe,** pro se appellant in case numbers 24-7101 and 24-7169, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that **Jane Doe,** as an indigent pro se litigant, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Accordingly, **Ms. Doe** shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in **this** court, to the extent such use is incurred in the course of **prosecuting her own pending appeals before the Ninth Circuit Court of Appeals during the pendency of those appeals.** The exemption is limited to participation in these appeals. If new or additional appeals are filed in which Ms. Doe seeks to participate, as a litigant or otherwise, she may seek a new or expanded exemption at that time. Additionally, the following limitations apply:

I.      this fee exemption applies only to **Ms. Doe, PACER account number 6669697,** and is valid only for the purposes stated above;

II.     this fee exemption applies only to the electronic case files of **this** court that are available through the PACER system;

III.    by accepting this exemption, **Ms. Doe** agrees not to sell for profit any data obtained as a result of receiving this exemption;

IV.     **Ms. Doe** is prohibited from transferring any data obtained as a result of receiving this exemption;

V.      this exemption is valid **with respect to the above-referenced appeals from November 22, 2024 until issuance of the mandate in those appeals**.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this  3rd day of January, 2025.

_Molly C. Dwyer_

**Clerk of Court**
**Molly C. Dwyer**